1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CHRISTINA ZAIMI, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>*Defendant.* | Case No.: 2:25-cv-01076-JHC<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR MINOR EXCEPTION TO LOCAL CIVIL RULE 83.1(d) REQUIREMENT FOR PRO HAC VICE ADMISSION OF VIVEK KOTHARI**<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 29, 2025** |

The Court, having considered Plaintiff's Unopposed Motion for Minor Exception to Local Civil Rule 83.1(d) Requirement for Pro Hac Vice Admission of Vivek Kothari, Dkt. # 14, ORDERS as follows:

The Court GRANTS Plaintiff's Unopposed Motion for Minor Exception to Local Civil Rule 83.1(d) Requirement for Pro Hac Vice Admission of Vivek Kothari.  Plaintiff's lead counsel, Jonas Jacobson, has an office near this District (in Portland, Oregon), is a member of the Washington bar, and is admitted in this District.  The Court finds that this justifies an exception to the literal application of LCR 83.1(d)(1) (requiring local counsel with an office in this District) and that Mr. Jacobson may serve as local counsel, for purposes of the Pro Hac Vice admission of Mr. Kothari.  Mr. Kothari must submit a separate Application for Leave to Appear Pro Hac Vice as detailed in LCR 83.1(d)(1).

**IT IS SO ORDERED.**

Dated: September 30, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE