UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA ZAIMI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01076-JHC<br><br>**ORDER REGARDING COSTCO'S NOTICE OF INCORPORATION BY REFERENCE AND REQUEST FOR JUDICIAL NOTICE** |

Before the Court is Defendant Costco Wholesale Corporation's Notice of Incorporation by Reference and Request for Judicial Notice (the Request). Dkt. # 7. The Request is unopposed.

It is hereby ORDERED that the following materials are incorporated by reference in the Complaint and/or judicially noticed by the Court in addressing Costco's Motion to Dismiss Plaintiff Christina Zaimi's Complaint for Failure to State a Claim:

- Exhibit A: *Sereen 6-piece Fabric Modular Sectional, Taupe* (Couch Webpage) https://www.costco.com/sereen-6-piece-fabric-modular-sectional%2C-taupe.product.4000222642.html.

- Exhibit B: *Customer Service Home Page: Are warehouse and online prices the same?* (Customer Service Pricing FAQ) https://customerservice.costco.com/app/answers/detail/a_id/691/~/are-warehouse-and-online-prices-the-same%3F.

- Exhibit C: *Customer Service Home Page: What shipping methods are available on Costco.com?* (Customer Service Shipping Methods FAQ)

ORDER - 1

1  https://customerservice.costco.com/app/answers/answer_view/a_id/1152/loc/en_US.

- Exhibit D: *Customer Service Home Page: Price Adjustment – Costco.com Orders* (Customer Service Price Adjustment FAQ) https://customerservice.costco.com/app/answers/answer_view/a_id/628.

- Exhibit E: *CostcoGrocery FAQs* (CostcoGrocery FAQs) https://www.costco.com/costco-grocery-faq.html.

- Exhibit F: Motion to Dismiss Briefing and Order Granting Motion to Dismiss in *Song v. Costco Wholesale Corp.*, No. 25-2-01943-8 (Wash. Super. Ct. King Cnty.), (*Song* Motion to Dismiss Briefing and Order).

Dated this 10th day of October, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ALMON-GRIFFIN DECLARATION IN SUPPORT
OF REQUEST FOR JUDICIAL NOTICE – 2
(No 2:25-cv-01076-JHC)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000