UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA ZAIMI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01076-JHC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY PENDING RESOLUTION OF COSTCO'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR; OCTOBER 15, 2025 |

Before the Court is Costco Wholesale Corporation's Unopposed Motion to Stay Discovery Pending Resolution of Costco's Motion to Dismiss. Dkt. # 19. It is hereby ORDERED that the Motion is GRANTED for the reasons set forth therein. Discovery is hereby STAYED. The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 12) is VACATED.

Dated this 16th day of October, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE